

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIAM O. SCALLION | CIVIL ACTION NO. 06-0147-P |
| versus | JUDGE DONALD E. WALTER |
| RED RIVER PARISH, et al. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed herein, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 22) is **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 21 day of Aug, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE